IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DEAN MCCULLAR,<br><br>　　　　　　　Defendant. | 4:19-CR-3017<br><br>JUDGMENT |

For the reasons stated in the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 48) is denied.

Dated this 4th day of March, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge